E-FILED
Tuesday, 07 February, 2006  02:39:00 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **U.S.A.** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| **vs** | ) | |
| | ) | **CASE NO. 02-40197** |
| **Philip Pignato** | ) | |
| Defendant | ) | |

**TO:  THE WARDEN of** Marion USP at Marion.

**WE COMMAND** that you produce the body of **Philip Pignato**, Register No. **13039-026**, who is in your custody at Marion USP before the United States District Court on **Thursday, March 2, 2006 at 2:00pm** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.  At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED:  2/7/06

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT
    S/Denise Koester
BY: _____
        Deputy Clerk